E-filed 2/22/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BVS INC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RHUB COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | Case No.  17-cv-00673-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　In reviewing the docket in this case, it has come to the court's attention that this action may be related to *RHUB Communications, Inc. v. Karon*, Case No. 16-cv-6669-BLF. Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Judge Freeman for consideration of whether the actions are related.

　　　　**IT IS SO ORDERED.**

Dated: 2/22/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge